

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00301-CR

| | | |
|---|---|---|
| Bryan Keith Hernandez | § | From 43rd District Court |
| | § | of Parker County (CR16-0892) |
| v. | § | May 24, 2018 |
| | § | Opinion by Justice Kerr |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We modify the trial court's judgment by deleting the award of costs in the judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr